ALICE DU PONT ORTIZ and ELIZABETH DU PONT BAYARD, Defendants Below, Appellants,

*vs.*

FIDELITY-PHILADELPHIA TRUST COMPANY, a corporation of the State of Pennsylvania, Trustee under the Will of Alexis I. du Pont, deceased, Complainant Below; WILMINGTON TRUST COMPANY, a corporation of the State of Delaware, Guardian *ad litem* of MARIE ALEXIA DU PONT ORTIZ, ELIZABETH DU PONT BAYARD and ELLEN LEE BAYARD, and Guardian of THOMAS FRANCIS BAYARD, JAMES ASHETON BAYARD and ALEXIS IRENEE DU PONT BAYARD; and MARGUERITE DU PONT SCOTT,

Defendants Below, Appellees.

WILMINGTON TRUST COMPANY, a Delaware Corporation, Guardian *ad litem* of MARIE ALEXIA DU PONT ORTIZ, ELIZABETH DU PONT BAYARD and ELLEN LEE BAYARD, and Guardian of THOMAS FRANCIS BAYARD, JAMES ASHETON BAYARD and ALEXIS IRENEE DU PONT BAYARD,

Defendants Below, Appellants,

*vs.*

FIDELITY-PHILADELPHIA TRUST COMPANY, a Pennsylvania Corporation, Trustee under the Will of Alexis I. du Pont, deceased, Complainant Below, ALICE DU PONT ORTIZ, ELIZABETH DU PONT BAYARD and MARGUERITE DU PONT SCOTT,

Defendants Below, Appellees.

*Supreme Court, On Appeal, Oct.* 27, 1931.

PENNEWILL, C. J., and RICE, HARRINGTON, RICHARDS, and RODNEY, JJ., sitting.

*Francis De Haas Janvier,* for Alice du Pont Ortiz and Elizabeth du Pont Bayard.

*James M. Malloy,* for Fidelity-Philadelphia Trust Company.

*Charles F. Curley,* for Wilmington Trust Company, guardian and guardian *ad litem* as above.

*Hugh M. Morris,* for Marguerite du Pont Scott.

PER CURIAM: The decree of the Chancellor will be affirmed.

We can see no reason for writing an opinion in this

case because the conclusion of the lower court is fully supported by prior decisions in this State. *Bryan, et al., v. Aiken, et al.,* 10 *Del. Ch.* 458, 86 *A.* 674, 45 *L. R. A.* (*N. S.*) 477; *du Pont, et al., v. Peyton, et al.,* 15 *Del. Ch.* 255, 136 *A.* 149.